UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS M VALENCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 16-cv-03004-JD<br><br>**ORDER DIRECTING REASSIGNMENT TO MAGISTRATE JUDGE PURSUANT TO PARTIES' CONSENT** |

Both of the parties in this case have voluntarily consented to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of 28 U.S.C. § 636(c). *See* Dkt. Nos. 6, 7.

Consequently, pursuant to the parties' consent, the Clerk of the Court is hereby directed to randomly reassign this matter to a magistrate judge. All pending hearing dates before the Court are vacated. Briefing schedules remain unchanged.

**IT IS SO ORDERED.**

Dated: July 12, 2016

JAMES DONATO
United States District Judge