1  MELINDA HAAG
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5        Social Security Administration
6        160 Spear Street, Suite 800
         San Francisco, CA  94105
7        Telephone: (415) 977-8939
         Facsimile: (415) 744-0134
8        Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRIS M. VALENCIA, | ) Civil No. 3:16-cv-03004-EDL |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | AS MODIFIED |
| Defendant. | |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of the heavy accumulated workload following two weeks of leave over the holidays, and because the undersigned has an upcoming oral argument in the Ninth Circuit in early February.

1

1  The new due date for Defendant's motion for summary judgment will be Monday,
2  February 13, 2017.   Plaintiff shall have until February 27, 2017 to respond to Defendant's Motion.

Respectfully submitted,

Date: *January 25, 2017*          LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Jeffrey Chen for Cyrus Safa\**
CYRUS SAFA
*\* By email authorization on Jan. 25, 2017*
Attorney for Plaintiff

Date: *January 25, 2017*          MELINDA HAAG
United States Attorney

By: */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED:  January 25, 2017

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

2